UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-61067-RAR

**CARLOS ANTWON ROBINSON**,

    Plaintiff,

v.

**OFFICER EDUARDO J. REQUEJO** and
**OFFICER ERIK N. GOOD**,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the conclusion of the trial in this matter and the Jury Verdict entered on August 6, 2021 [ECF No. 71]. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered in favor of Defendants Officers Eduardo J. Requejo and Erik N. Good and against Plaintiff Carlos Antwon Robinson. Plaintiff shall take nothing from this action and Defendants shall go hence without day. The Clerk is instructed to **CLOSE** this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 6th day of August, 2021.

                                                  **RODOLFO A. RUIZ II**
                                                **UNITED STATES DISTRICT JUDGE**