UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-61067-RAR

**CARLOS ANTWON ROBINSON**,

    Plaintiff,

v.

**OFFICER EDUARDO J. REQUEJO**, *et al.*,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANTS' MOTION FOR BILL OF COSTS

**THIS CAUSE** comes before the Court upon United States Magistrate Judge Jared M. Strauss's Report and Recommendation [ECF No. 89] ("Report"), entered on October 20, 2021. The Report recommends that Defendants' Motion for Bill of Costs [ECF No. 84] be granted. Plaintiff filed objections to the Report on November 3, 2021 [ECF No. 90] ("Objections").

When a magistrate judge's "disposition" has been properly objected to, district courts must review the disposition *de novo*. FED. R. CIV. P. 72(b)(3). Because Plaintiff timely filed Objections to the Report, the Court has conducted a *de novo* review of Magistrate Judge Strauss's findings. Having carefully reviewed the Report, Plaintiff's Objections, the parties' written submissions and supporting materials, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Report [ECF No. 89] is **AFFIRMED AND ADOPTED**. Accordingly, Defendants' Motion for Bill of Costs [ECF No. 84] is **GRANTED**. Defendants are awarded taxable costs in the amount of **$3,890.14**, plus interest from August 6, 2021, for which total sum let execution issue forthwith.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of November, 2021.

_____
**RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE**